## UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |
| Kmart Holding Corporation and Sears, Roebuck and Co.,<br>        Plaintiff,<br><br>v.<br><br>Select Beverages Inc.<br>        Defendant. | Case No. 20-06206-RDD |

### AFFIDAVIT OF SERVICE

I, Kaitlin Joseph, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned case. At my direction and under my supervision, employees of Reliable caused to be served the following documents;

- Second Summons and Notice of Pretrial Conference in an Adversary Proceeding issue in the above-captioned Adversary Case
- Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502, asserted against the Defendant in the above-captioned Adversary Case

By USPS Regular Mail on February 17th, 2022 addresses as follows:

Select Beverages Inc.
CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, IL 60604

Select Beverages Inc.
Tehodore E. Cornell III
55 E Monroe Street #4200
Chicago, IL 60603

x _Katitlin Joseph_
Katitlin Joseph

Dated: February 24, 2022
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 24th day of February 2022, by Katitlin Joseph, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x _[signature]_

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

2